IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CALIBER HOME LOANS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 4:16-cv-01172-HFS |
| ) | |
| vs. ) | |
| ) | |
| RACHELLE JONES, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Caliber Home Loans, Inc. ("Caliber") and Defendants, with consent of Defendants' counsel, pursuant to the Court's Order dated October 18, 2017, hereby request that the Court enter the Protective Order, which is attached.

Respectfully submitted,

**LEWIS RICE LLC**

By: */s/ Derick C. Albers*
Derick C. Albers, #60966
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-7635
Facsimile: (314) 612-7635
jhall@lewisrice.com
dalbers@lewisrice.com

and

1

KOZENY & MCCUBBIN, L.C.

/s/ Wesley T. Kozeny
Wesley T. Kozeny, #34600
Casey C. Cira, #56746
4210 Shawnee Mission Pkwy., Ste. 203A
Fairway, KS 66205
Telephone: (314) 991-0255
(913) 677-0253
Facsimile: (913) 831-6014
Email: wkozeny@km-law.com
ccira@km-law.com

**Attorneys for Plaintiff**

**Certificate of Service**

I hereby certify that on this 1st day of November, 2017, a true and correct copy of the above and foregoing document was filed electronically via the Court's CM/ECF filing system.

/s/ Derick C. Albers